UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Ann Sexton, f/k/a Ann Casler, debtor | Chapter 13 |
|  | Case No. 14-11647-JMD |
| Ann Sexton<br>v.<br>National Collegiate Trust |  |

ORDER ON OBJECTION TO CLAIMS 6, 7-1, 8-1, 9-1, 10-1, 11-1, 12-1, 13-1, 14-1, 15 and 16

After review of the pleadings, including Debtor's Omnibus Objection to Claims 6 through 16, the Court sustains the objection to each Proof of Claim filed by National Collegiate Trust on behalf of:

      Claim No. 6    National Collegiate Student Loan Trust 2006-3
      Claim No. 7-1 -  National Collegiate Student Loan Trust 2005-2
      Claim No. 8-1 -  National Collegiate Student Loan Trust 2005-1
      Claim No. 9-1    Unnamed "purchaser trust"
      Claim No. 10-1   National Collegiate Student Loan Trust 2006-2
      Claim No. 11-1   National Collegiate Student Loan Trust 2006-2
      Claim No. 12-1 --National Collegiate Student Loan Trust 2006-1
      Claim No. 13-1   National Collegiate Student Loan Trust 2006-4
      Claim No. 14-1   National Collegiate Student Loan Trust 2005-2
      Claim No. 15, as amended   National Collegiate Student Loan Trust 2004-2
      Claim No. 16, as amended   National Collegiate Student Loan Trust 2005-3

finding claimant does not have standing to collect these debts.
The objections are sustained without prejudice to the creditor.

Dated: January 20, 2015            /s/   J. Michael Deasy
                                                     J. Michael Deasy, U.S. Bankruptcy Judge